| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

| 1. Person Reporting (Last name, First name, Middle initial) Siler, Eugene E | 2. Court or Organization Sixth Circuit Court of Appeals | 3. Date of Report 6/25/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. Circuit Judge, Senior | 5. ReportType (check appropriate type) ○ Nomination,  Date  ○ Initial  ● Annual  ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address U.S. Courthouse 310 South Main Street, Ste 333 London, KY 40741 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.  (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executor | Estate #1 |
| 2. | Executor | Estate #2 |
| 3. | Executor | Estate #3 |
| 4. | Trustee | Trust #1 |
| 5. | Trustee | Trust #2 |
| 6. | Chariman and Board Member | Baptist Healthcare System, Inc. |

## II. AGREEMENTS.  (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2004 JUN 29 P 3: 11 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Siler, Eugene E | 6/25/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Incom  - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Baptist Healthcare System., Inc. | Various times. Travel, food and lodging for board meetings in Louisville, Lexington and Corbin, KY |
| 2. | Baptist Healthcare System, Inc. | Jan. 13-16, Naples, FL. Healthcare Seminar. Travel, food, lodging. |
| 3. | Baptist Healthcare System, Inc. | Oct. 12-14, Asheville, NC. Healthcare Meeting. Travel, food, lodging. |
| 4. | Kentucky Baptist Convention | Various times. Travel, food and lodging for board meetings and convention in Louisville, Cedarmore and Lexington, KY |
| 5. | Foundation for Research on Economics and the Environment/Montana State University | Sept. 9-14, Big Sky, MT. Legal seminar. Travel, food, lodging. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 25-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Town & Country Bank | Mortgage on hunting preserve, Whitley Co., KY. Part VII, line 25 | K |
| 2. Community Trust Bank | Mortgage on rental property, Whitley County, KY. Part VII, line 26 | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E | 6/25/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Community Trust Bank (Common Stock) | B | Dividend | L | T | | | | | |
| 2. Community Trust Bank (IRA)(CD)) | A | Interest | | | Redempiton | 1/27 | J | B | |
| 3. Community Trust Bank (IRA)(CD) | A | Interest | | | Redemption | 2/21 | J | B | |
| 4. Community Trust Bank (IRA)(CD) | A | Interest | | | Redemption | 4/21 | J | A | |
| 5. Community Trust Bank (IRA)(CD) | A | Interest | | | Redemption | 5/2 | J | A | |
| 6. Community Trust Bank (IRA)(CD) | A | Interest | | | Redemption | 6/10 | J | B | |
| 7. Community Trust Bank (NOW) | A | Interest | J | T | | | | | |
| 8. AIG (Common Stock) | A | Dividend | K | T | | | | | |
| 9. KY Mine Supply (Common stock) | A | Dividend | J | W | | | | | |
| 10. Verizon (Common stock) | C | Dividend | L | T | | | | | |
| 11. Wyeth (Common stock) | A | Dividend | K | T | | | | | |
| 12. Exxon Mobil (Common stock) | D | Dividend | N | T | | | | | |
| 13. Chevron (Common stock) | A | Dividend | K | T | | | | | |
| 14. Am. South Bank (Common Stock) | C | Dividend | M | T | | | | | |
| 15. American Fund (Mutual IRA) | A | Dividend | K | T | | | | | |
| 16. 1/3 undivided interest in real estate (40A) Whitley Co., KY | | None | J | S | | | | | |
| 17. Community Trust Bank (NOW) Trust #2 | A | Interest | J | T | | | | | |
| 18. NAMI Leases - Trust #2, Whitley Co., KY | D | Royalty | L | S | | | | | |

1. Income/Gain Codes:   A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    ● = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Siler, Eugene E | 6/25/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Community Trust Bank (pfd stock) Trust #2 | B | Interest | K | T | | | | | |
| 20. Community Trust Bank, Estates 1 & 2 Accounts | A | Interest | J | T | | | | | |
| 21. Community Trust Bank, Trust #1 Account | A | Interest | J | T | | | | | |
| 22. Community Trust Bank, Estate #3 Account | A | Interest | K | T | | | | | |
| 23. Farmers Bank & Capital, Estate #3 Account, CD | A | Interest | J | T | | | | | |
| 24. Hilliard & Lyons (gov't securities) Trust #2 | A | Interest | J | T | | | | | |
| 25. Flying Rooster Farm, Inc. (common stock) | | None | K | U | | | | | |
| 26. Rental Property, Whitley County, KY | C | Rent | M | S | | | | | |
| 27. Hillard & Lyons (Unit Investment Trust) Trust #2 | A | Dividend | J | T | Buy | 6/30 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

Part IV - Reimbursments

6.  University of Illinois - April 21-22.  Champagne, IL.  Moot Court.  Transportation, food and lodging.

Part VII - Investments

Line 9 - Value of KY Mine Supply stock derived from appraisal in 2004 by officer of corporation.

Line 16 - Assessed value is at 100%.  My share is less than $15,000.00.

Line 18 - As royalties were paid, they were deposited into bank.  Assessed value for gas leases is at 100% and at $50,741.00.

Line 26 - Assessed value is at 100%.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Siler, Eugene E | 6/25/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature _____

Date___ 6-25-04 ____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544